## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 15th day of September, 2005, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the parties listed below in the manner indicated.

### VIA HAND DELIVERY

MONZACK AND MONACO, P.A.
Rachel B. Mersky (No. 2094)
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

_____
Mary E. Augustine (No. 4477)

600460v1